IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL C. GILBERT, II,

    Plaintiff,

v.

STATE OF WISCONSIN, DEPT. HEALTH
& SERVICE, *et al.*

    Defendants.

ORDER

Case No. 14-cv-427-jdp

---

CARL C. GILBERT, II,

    Plaintiff,

v.

STATE DEPARTMENT OF HEALTH
SERVICES (SECRETARY), *et al.*

    Defendants.

ORDER

Case No. 14-cv-466-jdp

---

Plaintiff Carl C. Gilbert, II has submitted a certified resident account statement for the six month period preceding the filing of his complaints. Accordingly, the court must determine whether he qualifies for indigent status and, if he does, calculate an initial partial payment of the $350.00 fee for filing this case.

After considering the motion and supporting documentation filed by plaintiff, the court concludes that plaintiff qualifies for indigent status.

Using information for the relevant time period from plaintiff's resident account statement, I calculate plaintiff's initial partial filing fee for each case to be $3.51. For these cases to proceed, plaintiff must submit this amount on or before August 15, 2014.

ORDER

IT IS ORDERED that:

1. Plaintiff Carl C. Gilbert II is assessed $3.51 as an initial partial payment of the $350 fee for filing case no. 14-cv-427-jdp as an indigent litigant. Plaintiff shall submit a check or money order made payable to the "Clerk of Court" in the amount of $3.51 on or before August 15, 2014.

2. Plaintiff is assessed $3.51 as an initial partial payment of the $350 fee for filing case no. 14-cv-466-jdp as an indigent litigant. Plaintiff shall submit a check or money order made payable to the "Clerk of Court" in the amount of $3.51 on or before August 15, 2014.

3. If plaintiff fails to comply as directed or show cause of failure to do so, the court will assume that plaintiff does not wish to proceed and these cases will be dismissed without further notice.

4. No further action will be taken in either case until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaint as required by 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 29th day of July, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge