IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL C. GILBERT II,

          Plaintiff,

  v.

STATE OF WISCONSIN, DEPT. HEALTH & SERVICE,
SAND RIDGE SECURE TREATMENT CENTER,
DEBORAH MCCULLOCH, ROBERT KNEEPKENS,
SARAH STUCKEY, KRIST RICK, MARK SPEES,
JEFF HRUSKA, VALERIE LITTY, ROSE GRIFFA,
PAULA GILES, ROBERT GUNN,
and JOHN JOE DEFENDANTS 1-130,

          Defendants.

OPINION & ORDER

14-cv-427-jdp

---

CARL C. GILBERT II,

          Plaintiff,

  v.

STATE OF DEPARTMENT OF
HEALTH SERVICES (SECRETARY),
DEBORAH MCCULLOCH, KAY MORSE,
ROBERT KNEEPHKENS, STEVE SCHNIEDER,
JEFFREY HRUSKA, MARK SPEES, ROBERT GUNN,
KEITH RAMSEY, JASON SMITH,
and JOHN DOE DEFENDANTS 1-160,

          Defendants.

OPINION & ORDER

14-cv-466-jdp

---

In an order entered on September 23, 2015, I dismissed plaintiff's amended complaint in each of these cases for failure to comply with Federal Rules of Civil Procedure 8 and 20. I gave plaintiff until October 14, 2015, in which to submit a proposed amended complaint for each case addressing the deficiencies explained in the September 23 order. In addition, I warned plaintiff that a failure to respond to the court's order would result in

dismissal of these cases. It is now past plaintiff's October 14 deadline, and plaintiff has not filed amended complaints or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that these cases are DISMISSED with prejudice. The clerk of court is directed to enter judgment in favor of defendants and close these cases.

Entered November 2, 2015.

                                    BY THE COURT:

                                    /s/
                                    _____
                                    JAMES D. PETERSON
                                    District Judge