IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL G. GILBERT II,

    Plaintiff,

v.

STATE OF WISCONSIN, DEPT. HEALTH & SERVICE, SAND RIDGE SECURE TREATMENT CENTER, DEBORAH MCCULLOCH, ROBERT KNEEPKENS, SARAH STUCKEY, KRIST RICK, MARK SPEES, JEFF HRUSKA, VALERIE LITTY, ROSE GRIFFA, PAULA GILES and ROBERT GUNN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-427-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 11/2/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |